LAW LIBRARY

NO. 29281

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ERWIN E. FAGARAGAN, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0009(1); CR. NO. 05-1-0090)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Petitioner-Appellant Erwin E. Fagaragan's application for writ of certiorari, filed on December 21, 2009, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, **January 20, 2010.**

FOR THE COURT:

*Jams E. Duffy, Jr.*

Associate Justice



Erwin E. Fagaragan
petitioner/petitioner-
appellant *pro se*
on the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Crandall, in place of Recktenwald, J., recused.